FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB - 4 2009

JAMES W. McCORMACK, CLERK
By: _____
                      DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 4:09-CR-00052 JLH |
| vs. ) | |
| ) | |
| TOMMY HANDY a/k/a "TOM TOM" ) | 18 U.S.C. § 371 |
| and EVERETT COONEY a/k/a "BEAR" ) | 18 U.S.C. § 1591 |
| ) | 18 U.S.C. § 922(g)(1) |
| ) | 18 U.S.C. § 924(c) |
| ) | 18 U.S.C. § 924(e) |
| ) | 21 U.S.C. § 846 |
| ) | 21 U.S.C. § 841(a)(1) |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
(Conspiracy to Commit Sex Trafficking)
{18 U.S.C. §§ 371 and 1591}

#### A. The Charge

Beginning in or around January 2002 and continuing through in or about May 2008, in the Eastern District of Arkansas, the defendants,

TOMMY HANDY a/k/a "TOM TOM"
and EVERETT COONEY a/k/a "BEAR"

together with others, known and unknown to the Grand Jury, did knowingly, in and affecting interstate and foreign commerce, combine, conspire, confederate and agree to commit an offense against the United States, namely, to recruit, entice, harbor, transport, provide and obtain by any means a person, and benefit financially and by receiving anything of value from participation in a venture engaged in such acts, knowing that force, fraud, and coercion would be used to cause the person to engage in a commercial sex act, and knowing that person had not attained the age of 18 years and would be caused to engage in a commercial sex act.

All in violation of 18 U.S.C. §§ 371 and 1591(a).

## Manner and Means of the Conspiracy

1. It was part of the conspiracy that the defendants received monies and other things of value by causing at least one minor to engage in commercial sex acts.

2. DB, known to the Grand Jury, was a minor female victim born in July 1991. PC, known to the Grand Jury, was a minor female victim born in December 1985.

3. BB, KD, KB, and JD, all known to the Grand Jury, were all over 18 years old.

4. It was part of the conspiracy that the defendants used force, threats of force, and physical assaults to cause at least one minor and other adult women to engage in commercial sex acts.

5. It was a part of the conspiracy that the defendants utilized vehicles, public highways, hotels, and telephones.

6. It was further part of the conspiracy that the defendants provided the sex trafficking victims with cocaine base, a/k/a "crack cocaine."

7. It was further part of the conspiracy that the defendants provided shelter, clothing and food to the sex trafficking victims.

8. It was further part of the conspiracy that the defendants asserted authority over the sex trafficking victims by controlling their money and activities.

## Overt Acts

9. In furtherance of the conspiracy, and to effect the objects thereof, the defendants and others known and unknown to the Grand Jury, committed the following overt acts in the Eastern District of Arkansas:

    a. In or around January 2002, TOMMY HANDY a/k/a "TOM TOM" met minor female victim, PC, when she was 16 years old. TOMMY HANDY

2

      a/k/a "TOM TOM" provided PC with cocaine base, a/k/a "crack cocaine" causing PC to become addicted. TOMMY HANDY a/k/a "TOM TOM" then told PC to engage in commercial sex so he could purchase more "crack cocaine."

b.   From in or around January 2002 and continuing to in or around January 2005, TOMMY HANDY a/k/a "TOM TOM" told PC to engage in commercial sex acts so that the defendant would receive payment.

c.   From in or around January 2002 and continuing to in or around January 2005, TOMMY HANDY a/k/a "TOM TOM" beat PC when she would try to leave the defendant.

d.   In or around July 2005, TOMMY HANDY a/k/a "TOM TOM" met minor female victim, DB, when she was 14 years old. TOMMY HANDY a/k/a "TOM TOM" provided DB crack cocaine and then told her she would be required to repay him by engaging in commercial sex activities.

e.   In or around July 2005, TOMMY HANDY a/k/a "TOM TOM" gave DB the nickname "Baby Girl" because she was so young.

f.   From between July 2005 and continuing to in or about May 2008, TOMMY HANDY a/k/a "TOM TOM" and EVERETT COONEY a/k/a "BEAR" told DB to engage in commercial sex acts so that the defendants would receive payment.

g.   At some time between July 2005 and May 2008, TOMMY HANDY a/k/a "TOM TOM" beat DB for defying him.

h.   On or about January 3, 2008, TOMMY HANDY a/k/a "TOM TOM," threatened DB with a firearm when DB tried to leave the defendant.

i. On or about January 4, 2008, police officers found DB in a hotel room occupied by TOMMY HANDY a/k/a "TOM TOM."

j. On or about May 13, 2008, EVERETT COONEY a/k/a "BEAR" and others known to the Grand Jury made arrangements for DB to engage in a commercial sex act with undercover police officers.

k. At some time between July 2005 and May 2008, TOMMY HANDY a/k/a "TOM TOM" and EVERETT COONEY a/k/a "BEAR" told BB to engage in commercial sex acts so that the defendants would receive payment.

l. At some time between July 2005 and May 2008, TOMMY HANDY a/k/a "TOM TOM" paid an individual with crack cocaine to find BB after she had run away from the defendant. Once found, TOMMY HANDY a/k/a "TOM TOM" beat BB for running away from him.

m. At some time between July 2005 and May 2008, EVERETT COONEY a/k/a "BEAR" beat BB and pushed her down the stairs for disobeying him.

n. At some time between July 2005 and May 2008, EVERETT COONEY a/k/a "BEAR" told KD to engage in commercial sex acts so that the defendant would receive payment.

o. At some time between July 2005 and May 2008, EVERETT COONEY a/k/a "BEAR" beat KD for not returning to him with money earned from prostituting.

p. In or around August 2007, TOMMY HANDY a/k/a "TOM TOM" put a gun to JD's head and hit her in the face because she would not give the defendant the money she had earned from prostituting.

All in violation of 18 U.S.C. §§ 371 and 1591(a).

## COUNT TWO
### (Sex Trafficking)
### {18 U.S.C. § 1591}

The Grand Jury for the Eastern District of Arkansas further charges that:

1. The allegations set forth in paragraphs 1 through 9 of Count One of this Indictment are incorporated by reference here.

2. From in or about July 2005 and continuing to in or around May, 2008, in the Eastern District of Arkansas, the defendants,

TOMMY HANDY a/k/a "TOM TOM"
and EVERETT COONEY a/k/a "BEAR"

did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide and obtain by any means a person, namely, DB, and did benefit financially and by receiving anything of value from participation in a venture engaged in such acts, knowing that force, fraud and coercion would be used to cause DB to engage in a commercial sex act, and knowing that DB had not attained the age of 18 years and would be used to engage in a commercial sex act.

All in violation of 18 U.S.C. §§ 1591(a) and 2.

## COUNT THREE
### (Sex Trafficking)
### {18 U.S.C. § 1591}

The Grand Jury for the Eastern District of Arkansas further charges that:

1. The allegations set forth in paragraphs 1 through 9 of Count One of this Indictment are incorporated by reference here.

2. In or before June 2008, in the Eastern District of Arkansas, the defendant,

EVERETT COONEY a/k/a "BEAR"

did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide and obtain by any means a person, namely, KD, and did benefit financially and by receiving anything of value from participation in a venture engaged in such acts, knowing that force, fraud and coercion would be used to cause KD to engage in a commercial sex act.

All in violation of 18 U.S.C. §§ 1591(a) and 2.

## COUNT FOUR
### (Sex Trafficking)
### {18 U.S.C. § 1591}

The Grand Jury for the Eastern District of Arkansas further charges that:

1. The allegations set forth in paragraphs 1 through 9 of Count One of this Indictment are incorporated by reference here.

2. From in or around July 2005 and continuing to in or around January 2007, in the Eastern District of Arkansas, the defendants,

TOMMY HANDY a/k/a "TOM TOM"
and EVERETT COONEY a/k/a "BEAR"

did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide and obtain by any means a person, namely, BB, and did benefit financially and by receiving anything of value from participation in a venture engaged in such acts, knowing that force, fraud and coercion would be used to cause BB to engage in a commercial sex act.

All in violation of 18 U.S.C. §§ 1591(a) and 2.

## COUNT FIVE
### (Sex Trafficking)
### {18 U.S.C. § 1591}

The Grand Jury for the Eastern District of Arkansas further charges that:

1.      The allegations set forth in paragraphs 1 through 9 of Count One of this Indictment are incorporated by reference here.

2.      From in or about July 2005 and continuing to in or before December 2007, in the Eastern District of Arkansas, the defendants,

> TOMMY HANDY a/k/a "TOM TOM"
> and EVERETT COONEY a/k/a "BEAR"

did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide and obtain by any means a person, namely, KB, and did benefit financially and by receiving anything of value from participation in a venture engaged in such acts, knowing that force, fraud and coercion would be used to cause KB to engage in a commercial sex act.

All in violation of 18 U.S.C. §§ 1591(a) and 2.

## COUNT SIX
### (Sex Trafficking)
### {18 U.S.C. § 1591}

The Grand Jury for the Eastern District of Arkansas further charges that:

1.      The allegations set forth in paragraphs 1 through 9 of Count One of this Indictment are incorporated by reference here.

2.      From in or about August 2007 and continuing to in or about May 2008, in the Eastern District of Arkansas, the defendant,

> TOMMY HANDY a/k/a "TOM TOM"

did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide and obtain by any means a person, namely, JD, and did benefit financially and by receiving anything of value from participation in a venture engaged in such acts, knowing that force, fraud and coercion would be used to cause JD to engage in a commercial sex act.

All in violation of 18 U.S.C. §§ 1591(a) and 2.

## COUNT SEVEN
### (Possession of a Firearm in Furtherance of a Crime of Violence)
### {18 U.S.C. § 924(c)}

The Grand Jury for the Eastern District of Arkansas further charges that:

1. The allegations set forth in paragraphs 1 through 9 of Count One of this Indictment are incorporated by reference here.

2. On or about January 3, 2008, in the Eastern District of Arkansas, the defendant,

TOMMY HANDY a/k/a "TOM TOM"

did knowingly (1) possess at least one firearm in furtherance of, and (2) used, carried and brandished at least one firearm during and in relation to, a crime of violence for which he may be prosecuted in a court of the United States, that is, conspiracy to commit sex trafficking in violation of 18 U.S.C. § 371, as alleged in Count One of this Indictment, and sex trafficking in violation of 18 U.S.C. § 1591, as alleged in Count Two of this Indictment.

All in violation of 18 U.S.C. § 924(c).

## COUNT EIGHT
### (Possession of a Firearm in Furtherance of a Crime of Violence)
### {18 U.S.C. § 924(c)}

The Grand Jury for the Eastern District of Arkansas further charges that:

1. The allegations set forth in paragraphs 1 through 9 of Count One of this Indictment are incorporated by reference here.

2. In or around August 2007, in the Eastern District of Arkansas, the defendant,

TOMMY HANDY a/k/a "TOM TOM"

did knowingly (1) possess at least one firearm in furtherance of, and (2) used, carried and brandished at least one firearm during and in relation to, a crime of violence for which he may be prosecuted in a court of the United States, that is, conspiracy to commit sex trafficking in violation of 18 U.S.C.

§ 371, as alleged in Count One of this Indictment, and sex trafficking in violation of 18 U.S.C. § 1591, as alleged in Count Six of this Indictment.

All in violation of 18 U.S.C. § 924(c).

## COUNT NINE
### (Conspiracy to Distribute Narcotics)
### {21 U.S.C. §§ 846 and 841(a)(1)}

Beginning in or around July 2005 and continuing through in or about May 2008, in the Eastern District of Arkansas, the defendants,

TOMMY HANDY a/k/a "TOM TOM"
and EVERETT COONEY a/k/a "BEAR"

did knowingly and intentionally conspire with others, known and unknown to the Grand Jury, to distribute and possess with intent to distribute a mixture or substance containing a detectable amount of cocaine base, commonly known as "crack," a Schedule II controlled substance.

All in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A) and 21 U.S.C. § 846.

## COUNT TEN
### (Felon in Possession of a Firearm)
### {18 U.S.C. §§ 922(g)(1) and 924(e)}

1. That prior to July 25, 2005, the defendant,

TOMMY HANDY a/k/a "TOM TOM"

had previously been convicted as follows:

    a. On or about January 22, 1991, in Pulaski County Circuit Court, of Manufacture, Delivery or Possession of a Controlled Substance, in criminal case CR 1990-2547;

    b.    On or about May 29, 1995, in Miller County Circuit Court, of Manufacture, Delivery or Possession of a Controlled Substance (Marijuana), in criminal case CR 1995-447;

    c.    On or about December 13, 1996, in Pulaski County Circuit Court, of Terroristic Act in criminal case CR 1996-1482;

    d.    On or about December 16, 1996, in Pulaski County Circuit Court, of Terroristic Threat, in criminal case CR 1996-2037;

2. That each of the crimes set forth in paragraph one above was punishable by a term of imprisonment exceeding one year, and that all of the crimes set forth in paragraph one above were crimes of violence or a drug trafficking crimes.

3. That on or about July 25, 2005, in the Eastern District of Arkansas,

**TOMMY HANDY a/k/a "TOM TOM"**

did knowingly possess at least one firearm that had been transported in interstate commerce, including, to wit, one Ruger .22 caliber revolver bearing serial number 5223440, thereby violating 18 U.S.C. §§ 922(g)(1) and 924(e).

(END OF TEXT. SIGNATURE PAGE ATTACHED)